Form CGFCRD3  (11/14/11)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 14–25348–JKO

Chapter: 7

In re:

Gustavo A. Rodriguez
1389 NW 122 Terrace
Pembroke Pines, FL 33026

SSN: xxx–xx–4665

## RENOTICE OF HEARING

(reset from 11/12/2014)

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **November 25, 2014** at **09:30 AM** at the following location:

U.S. Courthouse
299 E Broward Blvd #301
Ft Lauderdale FL 33301

to consider the following:

**Motion to Value and Determine Secured Status of Lien Of Evanston Insurance Company C/O Universal Assurors Agency Inc. on Real Property (Value of Collateral: $178,830.00) Filed by Debtor Gustavo A. Rodriguez. (Alfano, Alexander) (38)**

**THIS MATTER HAS BEEN SCHEDULED FOR A NON–EVIDENTIARY HEARING.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

Dated: <u>10/14/14</u>

**CLERK OF COURT**
By: <u>Christina Romero</u>
Courtroom Deputy