

**ORDERED in the Southern District of Florida on December 4, 2014.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                         Case No: 14-25348-JKO
                                               Chapter 7
GUSTAVO A. RODRIGUEZ

_____Debtor_____/

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY EVANSTON INSURANCE COMPANY C/O UNIVERSAL ASSURORS AGENCY INC.

THIS CASE came to be heard on November 25, 2014 at 9:30 a.m. on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 38; the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A.     The value of the debtor's real property (the "Real Property") located at 1389 NW 122 Terrace, Pembroke Pines, FL 33026-4308, and more particularly described as:

**A PORTION OF TRACT "A" AS SHOWN ON THE PLAT OF PEMBROKE LAKES SECTION SEVEN AS RECORDED IN PLAT BOOK 107 PAGE 37 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCES AT THE NORTHWEST CORNER OF SAID TRACT "A" (SAID POINT BEING 196.00 FEET EAST OF THE WEST LINE OF THE SOUTHWEST ¼ SECTION 12 TOWNSHIP 51 SOUTH RANGE 40 EAST OF BEARING BASED ON THE BEARING SYSTEM AS SHOWN ON SAID PLAT OF PEMBROKE LAKES SECTION SEVEN) THENCE SOUTH 0 DEGREES 26 MINUTES 16 SECONDS WEST ALONG THE WEST LINE OF SAID TRACT "A" FOR 592.30 FEET THENCE SOUTH 89 DEGREES 33 MINUTES 44 SECONDS EAST FOR 751.36 FEET THENCE NORTH 69 DEGREES 11 MINUTES 11 SECONDS EAST FOR 24.50 FEET THENCE NORTH 20 DEGREES 48 MINUTES 49 SECONDS WEST FOR 95.33 FEET OF THE POINT OF BEGINNING OF THE FOLLOWING DESCRIBED PARCEL OF LAND THENCE CONTINUE NORTH 20 DEGREES 48 MINUTES 49 SECONDS WEST FOR 20.00 FEET THENCE NORTH 69 DEGREES 11 MINUTES 11 SECONDS EAST FOR 79.00 FEET THENCE SOUTH 20 DEGREES 48 MINUTES 49 SECONDS EAST FOR 20.00 FEET THENCE SOUTH 69 DEGREES 11 MINUTES 11 SECONDS WEST OR 79 FEET TO THE POINT OF BEGINNING LYING AND BEING IN THE CITY OF PEMBROKE PINES BROWARD COUNTY FLORIDA.**

is $178,830.00 at the time of the filing of this case.

B.     The total of all claims secured by liens on the Real Property senior to the lien of  Evanston Insurance Company C/O Universal Assurors Agency Inc. (the "Lender") is $ 314,468.21.

C.     The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $ 0 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1.     The Motion is **GRANTED**.

2.     Lender has an allowed secured claim in the amount of $ 0.

3.     Because Lender's secured interest in the Real Property is $0, Lender's mortgage recorded on CFN #108803068, OR Bk 46463, Page 688 in the official records of Broward County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 7 case.  If this case is converted to a

case under any other chapter or if the chapter 7 case is dismissed, Lender's mortgage will no longer be considered void and shall be restored as a lien on the Real Property.

4.    (Select only one):

X    Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

__    Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ _____, regardless of the original classification in the proof of claim as filed.

5.    The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6.    Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 7 case.

###

Submitted By:

FINANCIAL LEGAL GROUP, INC
Alexander J. Alfano, Esq.
Counsel for Debtor
2655 Le Jeune Road, 4th Floor
Coral Gables, Florida 33134
Telephone: 305-7281341

/s/ Alexander J. Alfano, Esq.
 Florida Bar No. 989614


 Attorney Alfano is directed to serve a conformed copy of this Order on all interested
 parties immediately upon receipt hereof and to file a certificate of service.